**FILED**

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0733

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 19-0733

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

TOBY CARL MCADAM,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 5, 2020, within which to prepare, serve, and file its response brief.

**DM**

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 25 2020